**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Connie B. Pappas,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>J.S.B. Holdings, Inc., d.b.a. R&D Specialty/Manco,<br><br>　　　　　Defendant. | No. CV-03-1449-PHX-PGR<br><br>ORDER |

　　　IT IS ORDERED that the plaintiff's Ex Parte Application for Withdrawal and Substitution of Counsel (doc. #77) is granted pursuant to LRCiv 83.3(b) and that Lynn M. Laney, Jr. is withdrawn as counsel for the plaintiff and that David C. Larkin of David C. Larkin, P.C., 4645 S. Lakeshore Dr., Suite 6, Tempe, AZ 85282, (480) 491-2900, is substituted as counsel for the plaintiff.

　　　DATED this 16th day of May, 2006.

Paul G. Rosenblatt
United States District Judge